UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RANDY T. GRIFF,

Plaintiff,

-against-

TYLER TECHNOLOGIES, INC.,

Defendant.

**ORDER OF SERVICE**

25-CV-8511 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff brings this *pro se* action under the Age Discrimination in Employment Act of 1967 ("ADEA"), alleging that Defendant discriminated against him based on his age. The Court construes the complaint as also asserting claims for age discrimination under the New York State Human Rights Law. By order dated October 28, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP").[1]

**DISCUSSION**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service.[2] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

---

[1] By order dated January 30, 2026, Judge Louis L. Stanton directed Plaintiff to file an amended complaint. (Doc. 8). Plaintiff did so on March 27, 2026. (Doc. 9). The amended complaint is the operative pleading.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served the summons and the amended complaint until the Court reviewed the amended complaint and ordered that the summons be issued. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

To allow Plaintiff to effect service on Defendant Tyler Technologies, Inc. through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

If the complaint is not served within 90 days after the date the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

### CONCLUSION

The Clerk of Court is directed to issue a summons for Defendant, complete the USM-285 form with the address for Defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    White Plains, New York
          April 2, 2026

_____
PHILIP M. HALPERN
United States District Judge

2

**SERVICE ADDRESS FOR DEFENDANT**

Tyler Technologies, Inc.
5101 Tennyson Parkway
Plano, TX 75024