UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RANDY T. GRIFF,<br><br>                          Plaintiff,<br><br>          -against-<br><br>TYLER TECHNOLOGIES, INC.,<br><br>                          Defendant. | **ORDER OF SERVICE**<br><br>25-CV-8511 (PMH) |

PHILIP M. HALPERN, United States District Judge:

The Court has been advised that service of process pursuant to the Court's prior order of service (Doc. 11) has not yet been attempted on Defendant. In an abundance of caution, the Court will direct the issuance of a summons and USM-285 form, and *sua sponte* extend the time to serve until 90 days after the issuance of the summons pursuant to this order.

Accordingly, to allow Plaintiff to effect service on Defendant Tyler Technologies, Inc. through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant. The time to serve is extended until 90 days after the date the summons is issued pursuant to this order.

If the complaint is not served within 90 days after the date the summons is issued pursuant to this order, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated:   White Plains, New York
         June 25, 2026

_____
PHILIP M. HALPERN
United States District Judge

2

## SERVICE ADDRESS FOR DEFENDANT

Tyler Technologies, Inc.
5101 Tennyson Parkway
Plano, TX 75024